MANUFACTURERS TRUST COMPANY, Respondent, *v.* MOSES H. GROSSMAN, Appellant.

(Argued June 2, 1936; decided July 8, 1936.)

*Jay Leo Rothschild* for appellant.

*Leonard G. Bisco* and *William J. Granger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGH-RAN and FINCH, JJ.; CRANE, Ch. J., taking no part.